**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**KEVIN TATE ET AL** — **CASE NO. 2:26-CV-03411**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**CHAD AINSWORTH ET AL** — **MAGISTRATE JUDGE LEBLANC**

# MEMORANDUM ORDER

Before the court are a Motion for Temporary Restraining Order and Motion for Preliminary Injunction [doc. 13] filed by plaintiffs Kevin and Lauren Tate, who are residents of Texas, in connection with their civil rights suit filed in this court under 42 U.S.C. § 1983. The suit challenges the actions of Texas officials taken in Texas under color of state law. *See* doc. 1. Plaintiffs state that they filed suit in this court because they have been barred from filing suit in the U.S. District Court for the Eastern District of Texas. *Id.* at ¶¶ 5–7. Defendants have moved to dismiss the suit under Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(6). Doc. 9.

Defendants' motion raises serious questions as to the court's ability to exercise personal jurisdiction over any defendant. A district court should not issue a preliminary injunction against a defendant without first determining whether it has jurisdiction over the party enjoined. *Enterprise Int'l, Inc. v. Corporacion Estatal Petrolera Ecuatoriana*, 762 F.2d 464, 471 (5th Cir. 1985). The court will thus **HOLD IN ABEYANCE** the Motion for Temporary Restraining Order and Motion for Preliminary Injunction [doc. 13] pending a decision on the Motion to Dismiss [doc. 9].

**THUS DONE AND SIGNED** in Chambers on the 4th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**